# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| BARBARA LIGHT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DOCKET NO. 3:07-CV-00098 |
| ) | |
| MENU FOODS INCOME FUND ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby enters an appearance on behalf of the defendant, MENU FOODS INCOME FUND in regard to the above-captioned matter and serves notice that he and the law firm of O'Neil Parker & Williamson, PLLC, will represent said defendant in the above styled cause of action.

Respectfully submitted this 18th day of April, 2007.

                                                                                       s/Jeffrey R. Thompson
                                                                                       Jeffrey R. Thompson, BPR#020310
                                                                                       Attorney for Defendant,
                                                                                       Menu Foods Income Fund

O'Neil Parker & Williamson, PLLC
P.O. Box 217
Knoxville, Tennessee 37901
865-546-7190
865-546-0789 fax.

## CERTIFICATE OF SERVICE

  I do hereby certify that on April 18, 2007, an exact copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

  This 18th day of April, 2007.

              /s Jeffrey R. Thompson
              for O'Neil, Parker & Williamson