## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

FILED

BARBARA LIGHT )
)                                    2007 MAY 10  P 12: 27
Plaintiff, )
)                                    U.S. DISTRICT COURT
)                                    EASTERN D. TENN.
)
v. )                   DOCKET NO. 3:07-CV-00098        DEP. CLERK
)
)
MENU FOODS INCOME FUND )
)
Defendant. )
)

### MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Menu Foods Income Fund, moves for admission to appear in this action *pro hac vice*. (Check applicable box).

[X]    I reside in the Northern District of Illinois, where I am admitted and entitled to practice. A certificate of good standing is attached. (E.D. TN LR 83.5(d)). **FILING FEE = $60.00.**

[ ]    An application for my admission to practice in this Court is currently pending. (E.D. TN LR 83.5(h)). **NO FILING FEE REQUIRED.**

LIGHT v. MENU FOODS INCOME FUND                                                                    Doc. 7

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 9, 2007_____
                    (Date)

_____
                    (Signature)

Name:      Michael P. Turiello
Address:   Pretzel & Stouffer, Chartered
           One South Wacker Drive
           Suite 2500
           Chicago, Illinois 60606
           (312) 578-7507
           (312) 346-8242 - facsimile

## CERTIFICATE OF SERVICE

I do hereby certify that an exact copy of this pleading has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by the court's electronic filing system.

This 10th day of May, 2007

_____

for O'Neil, Parker & Williamson

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Michael Patrick Turiello

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Michael Patrick Turiello was duly admitted to practice in said Court on (12/18/1996) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/09/2007 )

Michael W. Dobbins, Clerk,

By:  David A. Jozwiak
         Deputy Clerk