UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **BARBARA LIGHT,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:07-CV-98 |
| | ) (Phillips) |
| **MENU FOODS INCOME FUND,** | ) ) |
| Defendant. | ) |

## ORDER

Michael P. Turiello, Priya K. Jesani and Edward B. Ruff, III, request the court for admission to practice in this case pro hac vice on behalf of defendant [Docs. 7, 8, and 9]. Counsel state that they are members in good standing of the United States District Court for the Northern District of Illinois, and have attached a certificate of good standing from that court to their motions. Accordingly, the motions for admission pro hac vice of counsel for defendant [Docs. 7, 8, and 9] are **GRANTED**.

ENTER:



s/ Thomas W. Phillips
United States District Judge