CLOSED, MDL, PAF

# U.S. District Court (Live Database)
# U.S. District Court – Eastern District of Tennessee (Knoxville)
# CIVIL DOCKET FOR CASE #: 3:07−cv−00098

| | |
|---|---|
| Light v. Menu Foods Income Fund | Date Filed: 03/19/2007 |
| Assigned to: Honorable Thomas W Phillips | Date Terminated: 07/27/2007 |
| Referred to: Magistrate C Clifford Shirley | Jury Demand: Plaintiff |
| related Case: 3:07−cv−00094 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1391 Personal Injury | Jurisdiction: Federal Question |

**Plaintiff**

**Barbara Light**     represented by     **Dan C Stanley**
Stanley &Kurtz, PLLC
422 S. Gay Street
Third Floor
Knoxville, TN 37902
865−522−9942
Fax: 865−522−9945
Email: dan@danchanningstanley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert R Kurtz**
Stanley &Kurtz, PLLC
422 S. Gay Street
Third Floor
Knoxville, TN 37902
865−522−9942
Fax: 865−522−9945
Email: rkurtz@lock−net.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods Income Fund**     represented by     **Edward B Ruff, III**
Pretzel &Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606
312−578−7507
Fax: 312−346−8242
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey R Thompson**
O'Neil, Parker &Williamson
P O Box 217
Knoxville, TN 37901−0217

865−546−7190  
Fax: 865−546−0789  
Email: jthompson@opw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael P Turiello**  
Pretzel &Stouffer, Chartered  
One South Wacker Drive  
Suite 2500  
Chicago, IL 60606  
312−578−7507  
Fax: 312−346−8242  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Priya K Jesani**  
Pretzel &Stouffer, Chartered  
One South Wacker Drive  
Suite 2500  
Chicago, IL 60606  
312−578−7507  
Fax: 312−346−8242  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2007 |  | Filing fee: $ 350, receipt number K3004765 (RLK) (Entered: 04/24/2007) |
| 04/18/2007 | 1 | NOTICE of Appearance by Jeffrey R Thompson on behalf of Menu Foods Income Fund (Thompson, Jeffrey) (Entered: 04/18/2007) |
| 04/18/2007 | 2 | MOTION to Stay all proceedings in this action pending a transfer decision by the Judicial Panel by Menu Foods Income Fund. (Thompson, Jeffrey) Modified text and description on 4/19/2007 (ADA). (Entered: 04/18/2007) |
| 04/18/2007 | 3 | MEMORANDUM in Support of Motion re 2 MOTION to Stay filed by Menu Foods Income Fund. (Attachments: # 1 # 2 # 3 # 4 # 5)(Thompson, Jeffrey) (Entered: 04/18/2007) |
| 04/23/2007 | 4 | ORDER finding that this case is sufficiently related to the previously filed case of Holt v. Menu Foods, Inc.(3:07−cv−94)(Phillips/Shirley) that this case also should be assigned to USDJ Phillips and USMJ Shirley. However, consolidation is not ordered.Signed by Judge C Clifford Shirley on April 23, 2007. (RLK) (Entered: 04/24/2007) |
| 04/23/2007 | 5 | COMPLAINT against Menu Foods Income Fund (Filing fee $ 350), filed by Barbara Light. (received and forwarded to the Magistrate's Office on 3/19/07)(RLK) (Entered: 04/24/2007) |
| 04/23/2007 | 6 | AMENDED COMPLAINT against Menu Foods Income Fund, filed by Barbara Light. ( orginally received in the Clerk's office on 03/28/07)(RLK) (Entered: 04/24/2007) |
| 05/10/2007 | 7 | MOTION for Leave for Michael Turiello to Appear Pro Hac Vice (Filing fee $ 60.00 paid receipt #K3005129) by Menu Foods Income Fund., with certificate of good standing |

| | | |
|---|---|---|
| | | from USDC Northern Illinois. (ADA) (Entered: 05/11/2007) |
| 05/10/2007 | 8 | MOTION for Leave for Priya Jesani to Appear Pro Hac Vice (Filing fee $ 60.00 paid receipt #K3005129) by Menu Foods Income Fund., with certificate of good standing from USDC Northern Illinois. (ADA) (Entered: 05/11/2007) |
| 05/10/2007 | 9 | MOTION for Leave for Edward Ruff III to Appear Pro Hac Vice Filing fee $ 60.00 paid receipt #K3005129) by Menu Foods Income Fund., with certificate of good standing from USDC Northern Illinois. (ADA) (Entered: 05/11/2007) |
| 05/16/2007 | 10 | ORDER granting 7, 8 and 9 Motion(s) by Michael P. Turiello, Priya K. Jesani and Edward B. Ruff, III, for admission to practice in this case pro hac vice on behalf of defendant. Signed by Judge Thomas W Phillips on 5/16/07. (ADA) (Entered: 05/16/2007) |
| 07/26/2007 | 11 | TRANSFER ORDER from MDL Panel re docket #1850. Forwarded to USDC Camden New Jersey. (Attachments: # 1 Cover letter and schedule of cases (CTO−1))(ADA) (Entered: 07/26/2007) |
| 07/27/2007 | | Case transferred to District of New Jersey. Case electronically transferred. (LAK) (Entered: 07/27/2007) |